```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/29/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZLLOM KYCYKU, on behalf of himself, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

164 MULBERRY ST. CORP. d/b/a DA NICO RESTAURANT, and NICHOLAS CRISCITELLI, individually,

                Defendants.

25 Civ. 6708 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court ordered Defendants to answer or otherwise respond to the complaint by September 10, 2025. *See* ECF Nos. 10–11. Despite having been served, *see* ECF Nos. 10–11, Defendants have not appeared in this action. Accordingly, by **October 6, 2025**, Plaintiff shall file a letter informing the Court whether he intends to seek a default judgment.

    SO ORDERED.

Dated: September 29, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge