UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZLLOM KYCYKU, on behalf of himself, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

164 MULBERRY ST. CORP. d/b/a DA NICO RESTAURANT, and NICHOLAS CRISCITELLI, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/21/2025__

25 Civ. 6708 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 9, 2025, the Court ordered Plaintiff to file a letter with this court stating whether Plaintiff intends to pursue a default judgment by October 20, 2025. *See* ECF No. 14. Although that submission is now overdue, the Court notes that counsel for Defendants has since appeared in this action. ECF Nos. 15–16. Nonetheless, Defendants have not yet sought an extension of their time to file an answer, which was due on September 10, 2025. *See* ECF No. 14, ECF Nos. 10–11. Accordingly, by **October 28, 2025**, the parties shall submit a status update in this matter, which shall indicate whether Plaintiff intends to initiate default judgment proceedings or, alternatively, shall request an extension of Defendants' deadline to answer.

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge