UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZLLOM KYCYKU, on behalf of himself, individually, and on behalf of all others similarly situated,

           Plaintiff,

-against-

164 MULBERRY ST. CORP. d/b/a DA NICO RESTAURANT, and NICHOLAS CRISCITELLI, individually,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/24/2025__

25 Civ. 6708 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Robert Kansao's motion to withdraw as the attorney of record for Plaintiff in this action.. *See* Mot., ECF No. 24; *see also* Kansao Aff., ECF No. 24-1, Aff. of Serv., ECF No. 24-2. The motion is DENIED as moot. The Court already granted Robert Kansao and Avraham Scher's motion to withdraw as Plaintiff's counsel on November 20, 2025.. *See* ECF No. 25.

    SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                           ANALISA TORRES
                                         United States District Judge