UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZLLOM KYCYKU, on behalf of himself,
individually, and on behalf of all others similarly situated,

                Plaintiff,

          -against-

164 MULBERRY ST. CORP. d/b/a DA NICO
RESTAURANT, and NICHOLAS CRISCITELLI,
individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/29/2025__

25 Civ. 6708 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's voluntary dismissal, which seeks to dismiss this action without prejudice as to both Defendants on the basis that a binding arbitration agreement precludes this action. *See* ECF No. 29. Because the dismissal represents that the parties "have not reached any settlement or compromise of the FLSA claims in this matter," the action is hereby DISMISSED. All conferences are vacated and any pending motions are moot. The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated:  December 29, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge